### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Craig A. Stevens            BK NO. 21-00043 HWV

          Debtor(s)

Chapter 7

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
08 Mar 2021, 16:32:49, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322