Certificate Number: 03088-PAM-DE-035446287

Bankruptcy Case Number: 21-00043


03088-PAM-DE-035446287

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 10, 2021</u>, at <u>4:13</u> o'clock <u>PM CST</u>, <u>Craig A Stevens</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 10, 2021</u>      By:   <u>/s/Doug Tonne</u>

Name: <u>Doug Tonne</u>

Title: <u>Counselor</u>