United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-00043-HWV |
| Craig A. Stevens | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 12, 2021 | Form ID: 318 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Craig A. Stevens, 773 S. Humer Street, Enola, PA 17025-2623 |
| 5384243 | + | Enterprise Rent A Car-PRM, Damage Recovery Unit-Bob, P.O. Box 801988, Kansas City, MO 64180-1988 |
| 5384247 | + | Members 1st Credit Union, P.O. Box 2109, Mechanicsburg, PA 17055-1719 |
| 5384248 | | Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17108-0946 |
| 5384250 | + | Transworld Systems Inc., P.O. Box 17221, Wilmington, DE 19850-7221 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Apr 12 2021 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5384240 | | EDI: BANKAMER.COM | Apr 12 2021 22:48:00 | Bank of America, P.O. Box 45224, Jacksonville, FL 32232-5224 |
| 5384241 | | EDI: CAPITALONE.COM | Apr 12 2021 22:48:00 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 5384242 | | EDI: WFNNB.COM | Apr 12 2021 22:48:00 | Comenity - Zales Jewelers, P.O. Box 659819, San Antonio, TX 78265-9119 |
| 5384244 | | EDI: CITICORP.COM | Apr 12 2021 22:48:00 | Home Depot Credit Services, P.O. Box 9001010, Louisville, KY 40290-1010 |
| 5384245 | | EDI: IRS.COM | Apr 12 2021 22:48:00 | Internal Revenue Service, Bankruptcy Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5384246 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 12 2021 18:49:00 | Kohls Dept Store, N56W17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 5384345 | + | EDI: RMSC.COM | Apr 12 2021 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5384249 | | EDI: RMSC.COM | Apr 12 2021 22:48:00 | Synchrony Bank/SR, P.O. Box 960012, Orlando, FL 32896-0012 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig A. Diehl | on behalf of Debtor 1 Craig A. Stevens cdiehl@cadiehllaw.com  jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| Lawrence G. Frank (Trustee) | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| Rebecca Ann Solarz | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Craig A. Stevens | Social Security number or ITIN xxx–xx–5741 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:21–bk–00043–HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Craig A. Stevens

4/12/21

**By the court:** *Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**